IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CASE NO. DNCW3:96CR158-01V |
| ) | (Financial Litigation Unit) |
| STEVEN LEVON SWINT ) | |
| Defendant, ) | |
| ) | |
| and ) | |
| ) | |
| SUNBELT INSULATION CO INC., ) | |
| Garnishee. ) | |

**DISMISSAL OF ORDER OF CONTINUING GARNISHMENT**

**UPON MOTION** of the United States for the reasons stated therein and for good cause shown, it is **ORDERED** that the Order of Continuing Garnishment filed in this case against Defendant Steven Levon Swint is **DISMISSED**.

**SO ORDERED**.

Signed: February 26, 2016

_____
David S. Cayer
United States Magistrate Judge